UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED **FILED**

DEC − 5 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,           )
                                    )
           Plaintiff,               )
                                    )
v.                                  )    **4:19CR996 AGF/NAB**
                                    )
TONY MCCONNELL,                     )
                                    )
           Defendant.               )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 18, 2019, in the City of St. Louis and within the Eastern District of Missouri,

**TONY MCCONNELL,**

the defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and each firearm previously traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GEOFFREY S. OGDEN, #66930(MO)
Special Assistant United States Attorney